UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA COOPER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WESTCARE NEVADA, INC., a Nevada Corporation; WESTCARE FOUNDATION, INC., a Nevada Corporation; and DOES 1 through X, inclusive,<br><br>                    Defendants. | Case No.  3:14-cv-00375-HDM-VPC<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

The parties having stipulated thereto, it is hereby ordered that Plaintiff Lisa Cooper's claims against Defendants WestCare Nevada, Inc., and WestCare Foundation, Inc. (collectively "WestCare"), be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each of them to bear their own attorneys' fees and costs incurred in this matter.

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a).

DATED: this  8th   day of   February      , 2017.

                                                                          Howard D. McKibben
                                                                          UNITED STATES DISTRICT JUDGE

100418942_1